

# United States District Court
# Eastern District of California

LESLIE JOHNSON

Plaintiff(s)

V.

HOME DEPOT U.S.A., INC., et al.

Defendant(s)

Case Number: 2:24-cv-02991-DAD-SCR

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Dennis R. Callahan hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Defendant Findlay Machine & Tool, LLC doing business as Kreate Brands, LLC

On _____11/27/1990_____ (date), I was admitted to practice and presently in good standing in the _____Supreme Court of Pennsylvania_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____02/17/2026_____     Signature of Applicant: /s/ _____Dennis R. Callahan_____

**Pro Hac Vice Attorney**

Applicant's Name: Dennis R. Callahan

Law Firm Name: Freeman Mathis & Gary, LLP

Address: 1600 Market Street, Suite 2700

City: Philadelphia     State: PA     Zip: 19103

Phone Number w/Area Code: (215) 836-1881

City and State of Residence: Wyncote, Pennsylvania

Primary E-mail Address: Dennis.Callahan@fmglaw.com

Secondary E-mail Address: Delores.Taylor@fmglaw.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Timothy S. Lam

Law Firm Name: Freeman Mathis & Garry, LLP

Address: 2881 Lava Ridge Court, Suite 1300

City: Roseville     State: CA     Zip: 95661

Phone Number w/Area Code: (916) 472-3300     Bar # 319831

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: March 3, 2026

_Dale A. Drozd_

JUDGE, U.S. DISTRICT COURT